IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARWA & CHANGE ADVOCATES, LLP, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Court No: 1:24-cv-06620 |
| SMITH LACIEN, LLP, TODD A. SMITH and JENNER & BLOCK, LLP, | ) ) Honorable Georgia N. Alexakis ) ) |
| Defendants. | ) |

**DEFENDANTS SMITH LACIEN, LLP AND TODD A. SMITH'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT PURSUANT TO RULE 12(b)(6)**

Defendants, SMITH LACIEN, LLP and TODD A. SMITH (collectively, "Smith LaCien"), by and through their undersigned counsel, hereby move pursuant to Fed. R. Civ. P. 12(b)(6) for entry of an order dismissing Counts I, II, III, V, VI, and VII of Plaintiff, ARWA & CHANGE ADVOCATES, LLP's, Amended Complaint with prejudice. In support thereof, Smith LaCien states as follows:

1. The absolute attorney litigation privilege shields Smith LaCien from liability alleged in Count II (Breach of Fiduciary Duty) and Count III (Tortious Interference) of Plaintiff's Amended Complaint. Even if the privilege is inapplicable, Count II must still be dismissed as the Complaint fails to allege the causation of damages stemming from Smith LaCien's supposed breach of fiduciary duty and Count III must be dismissed for failure to allege any interference.

2. Count I (Breach of Implied Contract to Share Fees), Count V (Unjust Enrichment), Count VI (Equitable Lien), and Count VII (Violation of 42 U.S.C. § 1981) all fail to state a claim as they are premised on the false assumption that Smith LaCien was obligated to pay Plaintiff a fee from Muturi's recovery in the Wrongful Death Case. No such obligation existed. Count VII fails for the additional reason that Plaintiff has failed to allege Smith LaCien acted with any discriminatory intent.

1

3. A memorandum of law in support of Smith LaCien's Motion to Dismiss is filed contemporaneously herewith.

For the foregoing reasons, more fully explained in Defendants' memorandum of law filed contemporaneously herewith, Defendants, SMITH LACIEN, LLP and TODD A. SMITH, respectfully request that this Honorable Court enter an order dismissing Plaintiff's Amended Complaint with prejudice and granting any other relief this Court deems just and proper.

Dated: October 31, 2024

Respectfully submitted,

SMITH LACIEN, LLP and TODD A. SMITH

By: /s/ *Joseph R. Marconi*
One of Their Attorneys

Joseph R. Marconi, ARDC #1760173
Ramses Jalalpour, ARDC #6313128
JOHNSON & BELL, LTD.
33 West Monroe Street, Suite 2700
Chicago, Illinois 60603
312.372.0770 (T)
marconij@jbltd.com
jalalpourr@jbltd.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of October, 2024, a true and correct copy of the foregoing document was served on all counsel of record via CM/ECF.

*/s/ Joseph R. Marconi*