IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ARWA & CHANGE ADVOCATES, LLP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Court No: 1:24-cv-06620 |
| | ) | |
| SMITH LACIEN, LLP, and TODD A. SMITH, | ) | Honorable Georgia N. Alexakis |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**DEFENDANTS SMITH LACIEN, LLP AND TODD A. SMITH'S MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT PURSUANT TO RULE 12(b)(6)**

Defendants, SMITH LACIEN, LLP and TODD A. SMITH (collectively, "Smith LaCien"), by and through their undersigned counsel, hereby move pursuant to Fed. R. Civ. P. 12(b)(6) for entry of an order dismissing with prejudice the Third Amended Complaint of Plaintiff, ARWA & CHANGE ADVOCATES, LLP. In support thereof, Smith LaCien states as follows:

1. Plaintiff's Third Amended Complaint is based on factual allegations, which if accepted as true, results in an admission that Plaintiff violated the Illinois Rules of Professional Conduct. Such admission necessarily must result in the dismissal of all claims against Smith LaCien.

2. A memorandum of law in support of Smith LaCien's Motion to Dismiss is filed contemporaneously herewith.

For the foregoing reasons, more fully explained in Defendants' memorandum of law filed contemporaneously herewith, Defendants, SMITH LACIEN, LLP and TODD A. SMITH, respectfully request that this Honorable Court enter an order dismissing Plaintiff's Third Amended Complaint with prejudice and granting any other relief this Court deems just and proper.

Dated: August 7, 2025            Respectfully submitted,

SMITH LACIEN, LLP and TODD A. SMITH

By:   /s/ *Joseph R. Marconi*  
       One of Their Attorneys

Joseph R. Marconi, ARDC #1760173
Ramses Jalalpour, ARDC #6313128
JOHNSON & BELL, LTD.
33 West Monroe Street, Suite 2700
Chicago, Illinois 60603
312.372.0770 (T)
marconij@jbltd.com
jalalpourr@jbltd.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 7th day of August, 2025, a true and correct copy of the foregoing document was served on all counsel of record via CM/ECF.

                          */s/ Joseph R. Marconi*